```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 18-10450-MLW |
| ) | |
| HENRI SALVADOR GUTIERREZ, ) | |
|    Defendant. ) | |

MEMORANDUM AND ORDER

WOLF, D.J.                                           July 24, 2020

In view of the Federal Rule of Criminal Procedure 12.2(b)(1) Notice and related materials filed by defendant Henri Salvador Gutierrez on July 23, 2020 (Dkt. Nos. 259, 260), there is a question whether the court should order an evaluation of Salvador Gutierrez to determine his competency. See 18 U.S.C. §4241(a); United States v. Sampson, 82 F. Supp. 3d 502, 518-22 (D. Mass. 2014). Accordingly, it is hereby ORDERED that counsel for Salvador Gutierrez shall be present for the hearing, scheduled for July 27, 2020 at 1:30 p.m., concerning defendant Djavier Duggins' motions for release, and that both counsel for Salvador Gutierrez and for the government shall be prepared for a preliminary discussion of this competency issue.

                                    /s/ Mark L. Wolf
                             UNITED STATES DISTRICT JUDGE