## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | Criminal No. 18-10450-MLW |
| ) | |
| **HENRI SALVADOR GUTIERREZ** ) | |

### MOTION FOR COPY OF TRANSCRIPT AT GOVERNMENT EXPENSE

Now comes HENRI SALVADOR GUTIERREZ, by his attorney, and respectfully requests this Honorable Court authorize his counsel to obtain the transcript of the hearing in the above matter held in the U.S. District Court on October 22, 2020.

As grounds thereof, Defendant says:

1. He is indigent.

2. The transcript is necessary and this Court has generally suggested that the parties obtain copies of transcripts of proceedings conducted in this case.

**WHEREFORE**, Defendant, Henri Salvador Gutierrez, requests allowance of this motion.

                                                 Respectfully submitted,
                                                 **HENRI SALVADOR-GUTIERREZ**
                                                 By his attorney,

                                                 */s/ George F. Gormley*

                                                 George F. Gormley (BBO# 204140)
                                                 George F. Gormley, P.C.
                                                 160 Old Derby Street, Suite 456
                                                 Hingham, MA 02043
                                                 Tel: (617) 268-2999
                                                 Fax: (617) 268-2911
Date: October 22, 2020                   Email: gfgormley@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 22, 2020.

                                        */s/ George F. Gormley*
                                        George F. Gormley