UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                        )<br>)<br>ERICK LOPEZ FLORES,          )<br>HENRI SALVADOR GUTIERREZ,    )<br>ELISEO VAQUERANO CANAS,      )<br>JONATHAN TERCERO YANES,      )<br>MARLOS REYES, and            )<br>DJAVIER DUGGINS,             )<br>     Defendants.             ) | Cr. No. 18-10450-MLW |

ORDER

WOLF, D.J.                                          November 23, 2020

For the reasons stated in the hearing by videoconference on November 23, 2020, it is hereby ORDERED that:

1. The November 17, 2020 Supplemental Report of John Falvey, Special Counsel for defendant Henri Salvador Gutierrez, (Dkt. No. 458) is UNSEALED.

2. As George Gormley is willing to continue to zealously and effectively represent Salvador Gutierrez, and Salvador Gutierrez, after being independently advised by Mr. Falvey, wants Mr. Gormley to continue as his attorney, Mr. Gormley shall continue as Salvador Gutierrez's Criminal Justice Act counsel. If, however, the evolution of events causes Mr. Gormley to question his ability to represent Salvador Gutierrez properly, or causes Salvador Gutierrez to question Mr. Gormley's dedication to doing so, Mr. Gormley or Salvador Gutierrez shall promptly inform the court.

2.  The parties shall order the transcript of the November 23, 2020 hearing.

                                        _/s/ Mark L. Wolf_
                                        UNITED STATES DISTRICT JUDGE