UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 18-10450-MLW |
| ) | |
| HENRI SALVADOR GUTIERREZ ) | |

## DEFENDANT'S NOTICE OF FILING

Now comes the undersigned counsel for Defendant, HENRI SALVADOR GUTIERREZ, and files the following documents:

1. Agreement of April 14, 2021 of the District Attorney for Essex County.

2. Agreement of May 17, 2021 of the District Attorney for Suffolk County.

> Respectfully submitted,
> HENRI SALVADOR GUTIERREZ
> By his attorney,
>
> /s/ George F. Gormley
> George F. Gormley, BBO #204140
> George F. Gormley, P.C.
> 160 Old Derby Street, Suite 456
> Hingham, MA 02043
> (617) 268-2999 / fax: (617) 268-2911
> Email: gfgormley@aol.com

Dated: June 2, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 2, 2021.

> /s/ George F. Gormley
> George F. Gormley