

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE
DISTRICT ATTORNEY FOR THE ESSEX DISTRICT
SALEM      NEWBURYPORT      LAWRENCE

**JONATHAN W. BLODGETT**
District Attorney

J. Michael Ruane Judicial Center
56 Federal Street, Suite 0700
Salem, Massachusetts 01970

TELEPHONE
VOICE   (978)745-6610
FAX     (978)745-0060
TTY     (978)741-3163

April 14, 2021

George F. Gormley, Esquire
160 Old Derby Street
Suite 456
Hingham, MA 02043

Re:   Henri Salvador Gutierrez a/k/a Perverso

Dear Attorney Gormley,

In consideration of the federal prosecution against Henri Salvador Gutierrez a/k/a Perverso, and the defendant's decision to plead guilty and accept responsibility for the July 2018 murder of Herson Rivas in Lynn, MA, and understanding that the federal sentence imposed will incorporate punishment for the murder of Herson Rivas, this office will forego prosecution of Henri Salvador Gutierrez a/k/a Perverso for murder. This declaration is contingent on the defendant's plea being accepted in federal court and the federal court holding the defendant responsible for the murder of Herson Rivas at sentencing. This letter is also contingent on the defendant's conviction in federal court not being overturned as part of any appeal or collateral attack.

Very truly yours,

*Mary-Alice Doyle*

Mary-Alice Doyle
First Assistant District Attorney

MAD/ap