

# OFFICE OF SUFFOLK COUNTY
# DISTRICT ATTORNEY RACHAEL ROLLINS

HELP HEAL • BE BRAVE • SERVE HUMBLY • RESPECT EVERYONE • WORK SMART

George F. Gormley, Esquire  
160 Old Derby Street Suite 456  
Hingham, MA 02043

May 17, 2021

Re: **Henri Salvador Gutierrez a/k/a "Perverso"**

Dear Attorney Gormley,

The Suffolk County District Attorney's Office understands that your client, Henri Salvador Gutierrez intends to enter a plea of guilty to an Information that alleges, among other things, that Mr. Gutierrez participated in the July, 2018 murder of Herson Rivas in Lynn, Massachusetts and the December 24, 2016 murder of Luis Orellano Ruano in East Boston, Massachusetts. The Suffolk County District Attorney's Office further understands that Mr. Gutierrez's sentence will be determined by the judge who accepts Mr. Gutierrez's guilty plea.

In view of Mr. Gutierrez's change of plea, and at the request of the United States Attorney's Office, the Commonwealth promises that it will not further prosecute Mr. Gutierrez in connection with the murder of Mr. Ruano. The promise not to prosecute Mr. Gutierrez is expressly conditioned on Mr. Gutierrez's full allocution to the murder of Mr. Ruano, that is, an admission to the facts surrounding the murder of Mr. Ruano.

As this plea, if executed, encompasses a Suffolk County murder, we intend to notify our victims of any future court dates. Further, those Suffolk County victims shall be afforded the opportunity to make and/or submit victim impact statements at any sentencing after said allocution.

Very truly yours,

Mark Lee  
Deputy Chief, Homicide Unit