**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Criminal No. 18-10450-MLW** |
| | ) | |
| **HENRI SALVADOR GUTIERREZ** | ) | |
| | ) | |

**MOTION FOR EXPEDITED COPY OF TRANSCRIPT AT GOVERNMENT EXPENSE**

      Now comes HENRI SALVADOR GUTIERREZ, by his attorney, and respectfully requests this Honorable Court authorize his counsel to obtain the transcript of the sentencing hearing in the above matter held on Tuesday, February 8, 2022. Counsel also requests that this transcript be provided on an expedited basis.

      As grounds thereof, Defendant says:

1.  He is indigent.

2.  The transcript is necessary and this Court has generally suggested that the parties obtain copies of transcripts of proceedings conducted in this case.

      **WHEREFORE**, Defendant, Henri Salvador Gutierrez, requests allowance of this motion.

Respectfully submitted,
**HENRI SALVADOR-GUTIERREZ**
By his attorney,

*/s/ George F. Gormley*

_____
George F. Gormley (BBO# 204140)
George F. Gormley, P.C.
160 Old Derby Street, Suite 456
Hingham, MA 02043
Tel: (617) 268-2999
Fax: (617) 268-2911
Email: gfgormley@aol.com

Date: February 9, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 9, 2022.

*/s/ George F. Gormley*
George F. Gormley