UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ERICK LOPEZ FLORES, )<br>HENRI SALVADOR GUTIERREZ, )<br>ELISEO VAQUERANO CANAS, )<br>JONATHAN TERCERO YANES, )<br>MARLOS REYES, and )<br>DJAVIER DUGGINS, )<br>    Defendants. ) | Cr. No. 18-10450-MLW |

ORDER

WOLF, D.J.                                     February 17, 2022

It is hereby ORDERED that:

1. Defendant Djavier Duggins' motions to seal letters relating to his sentencing (Dkt. Nos. 881 and 904) are ALLOWED in part and DENIED in part.

2. The unredacted versions shall be SEALED and the redacted versions attached hereto shall be DOCKETED for the public record. See United States v. Kravetz, 706 F.3d 47, 62-63 (1st Cir. 2013).

                                    /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE

Dear Judge Mark LoWolf,

I am ▇▇▇▇▇▇▇, I am Quavair Duggins Son. I am ▇ years old and in the ▇ grade. I go to school in ▇▇▇▇▇. This whole situation has affected me in a sad way because we have lost a lot of time that we could have spent doing fun things together. I would like him to get out of prison so we can do fun things together. My Dad is a wonderfull Dad! He taught me right from wrong and very important life lessons. Also to have manners.

January 2, 2022

To The Honorable Judge Mark L. Wolf,

My name is ███████ and I am a resident of ███████████████. I have lived here with my children for about 9 years now. I work for ████████████████████████████. I am writing on the behalf of my partner Djavier Duggins. It all started back in 2016 in which Mr. Duggins and I were introduced by one of my cousins. We became friends rather quickly and began to share more and more time together. Djavair Duggins has always struck me as an intelligent person with good character, charisma, and has a great sense of humor. The more time I spent with Djavair, the more I saw how much of a tender and loving person he was. I saw how much he cared for his mother and son because as time passed, he began to share the same love and compassion with myself and my three children with whom he has a pleasing relationship and particularly effective communication. My children see Djavier as a father figure in their life since he gained their trust and respect of them. They have always had openly long conversations about everything. Djavair was a great supporter. He came into my life at the right time because that is when I needed the most support since I was studying and working at the same time. It was not easy being a single mother of three while working full time and going to school. However, Djavair took some of that pressure and responsibility off of me once he decided to be a part of our family. He was the one who would drop off the children and pick them up from school. He was the one who attended the children's school meetings because he just loved to be involved in their education. At the time Djavair worked nights so his routine would consider taking us all to school and work, come home clean and cook, pick us all up and then go to work himself. Never once would he complain. When all this happened it affected me a lot because I no longer had that support and the help of Djavair. The capture of Djavair affected me emotionally since it was something I never expected to happen. Everything was so unexpected that I didn't know what to do since I had never been in a situation like this before. Unfortunately, this has also affected me financially since the Djavier car was financed under my name I ended up with the car debt. I'm back to living off of one income with all this debt to pay. Djavair capture not only affected me emotionally but also my children since Djavier became a huge part of their lives and was involved in their everyday activities/tasks. They really felt his absence. Djavair is an amazing person and we miss his company. We will be so grateful if he comes out so that we can be the family we were before, spend time together as a family, and do activities together. I really miss Djavier as my partner. During our times together we used to go for walks and have long

conversations about our future and how we both wanted a better life together for the kids and us. We were a team helping each other to grow professionally and being each other's greatest motivator. I think there were many goals we could not meet because of all the events that happened. I remember him wanting to start school so he could have a better career. I am sure that it would be much better for him to be out for our family, for his mother, for his son, and because we really miss him. I appreciate your time to read this letter.

Best Regards,

███████

January 2nd, 2022

To the honorable judge Mark L. Wolf

My name is ███████. I am the son of ███████, the older brother of ███████ ███████. Djavair Duggins is a good man. Before he entered our family life we were struggling with many things. It was only my mom trying to juggle school and taking care of her 3 kids all alone having to pay for things on time in order for us to have everything we need to live. When my mom met Djaviar he helped her with bills and took care of me and my sisters when my mom wasn't able to. He cooked and made sure we ate, He would play video games with me and my sisters and we always had good moments. He is like a father to me and my sisters. So I would like to have him come back to our family so we can enjoy the time that we've spent together once again.

Sincerely,

███████

January 4th, 2022

To The Honorable Judge Mark L. Wolf

My name is ■■■. I'm ■ years old and I am the daughter of ■■■ and the siblings of ■■■. I have known Djaviar for a while now and he is good to me and my siblings. He is like a father to me. Javier took care of us during the day while my mom would be at work. He would attend school meetings when my mom couldn't have. and when my mom would be struggling Djavair would be there to help us out. Djavair was there for us when my mom couldn't be there for us. Djavair used to play video games with us. We used to buy fried dough and watch movies together and have lots of fun when he was here. Djavair is good to me, my siblings, and my mom so I'd be really happy to have him back.

Best regards,

■■■

January 2nd, 2022

To The Honorable Judge Mark L. Wolf

My name is ███████████. I have an older brother and an older sister. I am █ years old and when my mom first met Javier I was really young. When I first met Javier I never knew what was going on but he still was always there no matter what. He would wake up and take all of us to school and always would make sure that we were taken care of in order to help my mom. He showed me and my siblings that he loves us a lot and we love him. Every time we went out to eat or do anything family-wise it was always a good time. There were never any bad moments we had with each other. He would provide us with what we wanted and needed. He worked a lot in order to be able to help my mom in the house and when she needed help with anything else he was always there. When we go out for car rides he always puts music on and it would be so fun because we all just listened and relaxed and laughed and we did our thing as a family. I would love for Javier to come back because we miss him. He is like a father to me and I wanna have those fun moments again as a family.

Sincerely,

███████████